The People of the State of New York, Respondent,
against
Ardae McGraw, Defendant-Appellant.




Defendant appeals from an order of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), dated January 10, 2014, which, after a hearing, designated him a level three sex offender under the Sex Offender Registration Act (Correction Law Art. 6-C).




Per Curiam.
Order (Diana M. Boyar, J.), dated January 10, 2014, affirmed.
The record supports the level three sex offender adjudication. The SORA court properly assessed 15 points for defendant's history of drug or alcohol abuse, based upon defendant's own admissions, including his statement to probation officials that he had used marijuana on a daily basis, as well as his criminal history (see People v Smalls, 164 AD3d 1185, 1186 [2018], lv denied 32 NY3d 914 [2019]; People v Van Phu Bui, 156 AD3d 448 [2017], lv denied 31 NY3d 903 [2018]; People v Zewge, 142 AD3d 880, 881 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: November 13, 2019